# COHN BAUGHMAN & SERLIN

533 FELLOWSHIP ROAD, SUITE 120
MT. LAUREL, NJ 08054
(856) 380-8900
FAX: (856) 380-8901

BRIAN G. FOX*
DIRECT DIAL: (856) 380-8902
E-MAIL: BRIAN.FOX@MCLOLAW.COM
*ADMITTED IN NY, PA & MA. NOT ADMITTED IN NJ.

July 12, 2022

<u>Via ECF</u>

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *Wesco Ins. Co. v. Federal Ins. Co.*, 22-Civ-2840 (PGG) (BCM)
    **REQUEST TO ADJOURN 7/21/22 PRETRIAL CONFERENCE**

Dear Judge Gardephe:

  This office represents defendant Federal Insurance Company in the above-referenced action. I am writing to request an adjournment of an initial pretrial conference scheduled for July 21, 2022, because I will be on a family vacation during that entire week. Plaintiff's counsel consents to this request for an adjournment. Plaintiff's counsel and I are available on the following upcoming Thursdays: August 4, 11, and 25.

  I thank the Court for its consideration of this request.

        Respectfully,

        /s/Brian G. Fox
        Brian G. Fox

cc: All counsel of record via ECF

**Memo Endorsed:** The initial pre-trial conference currently scheduled for July 21, 2022 is adjourned to August 25, 2022 at 11:30 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: July 14, 2022