UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE COMPANY,

                Plaintiff,

- against -

FEDERAL INSURANCE COMPANY,

                Defendant.

**ORDER**

22 Civ. 2840 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at the initial pre-trial conference in this matter, the Court has referred this case to Judge Moses for the purposes of supervising the parties' settlement discussions. All pending dates and deadlines before this Court are stayed until the settlement conference before Judge Moses has been held. Within three days of the settlement conference, the parties are directed to file a joint letter informing the Court whether a settlement in principle has been reached. If a settlement has not been reached, the parties will submit with their joint letter an updated case management plan, which the Court will enter at that time.

Dated: New York, New York
       September 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge