

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/2022
```

**Thomas Casella**
tc@hurwitzfine.com

October 13, 2022

The Honorable Magistrate Judge Barbara Moses
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

RE:   *Wesco Insurance Company v. Federal Insurance Company*
         Civil Docket No. 1:22-cv-02840 (PGG)(BCM)
         Court Ordered Settlement Conference

Dear Judge Moses:

Pursuant to Your Honor's Individual Rules of Practice, Local Civil Rules 7.1(d) and § 13.1 of the SDNY ECF Rules & Instructions, the following is submitted in relation to the above-referenced matter scheduled for **Thursday, October 27, 2022, at 2:15 pm**.

This letter is in follow up to the First Letter Motion to Adjourn the Settlement Conference [Doc. No. 30], and to the inform the Court that the parties to this Declaratory Judgment Action have been able to confirm availability for **Wednesday, November 9, 2022, at 2:15 pm**, which I have been informed is an available date and time for the Court.

The undersigned is available at Your Honor's leisure to discuss this request and appreciates Your Honor's thoughtful consideration.

Very truly yours,

HURWITZ FINE P.C.
Counsel for Plaintiff
WESCO INSURANCE COMPANY

Locations:  Buffalo (headquarters) • Albany • Albion • Amherst • Hartford, CT
Melville • Niagara Falls • Rochester • Utica • FAX/EMAIL NOT FOR SERVICE



**HURWITZ FINE P.C.**

The Honorable Magistrate Judge Barbara Moses
October 13, 2022
Page | 2

Thomas Casella, Esq.
The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
Direct Dial: 315.527.8615
Fax: 716.855.0874

*Via ECF Filing and Email*

cc: COHN BAUGHMAN & SERLIN
Brian G. Fox, Esq.
Counsel for Defendant
*Federal Insurance Company*
Brian.Fox@mclolaw.com

---

Application GRANTED. The video settlement conference currently scheduled for October 27, 2022, is hereby ADJOURNED to **November 9, 2022, at 2:15 p.m.** No later than **November 2, 2022**, the parties shall email chambers their confidential settlement conference submissions, *see* Order Sched'g Sett. Conf. dated Oct. 7, 2022 (Dkt. 29) ¶¶ 3, 4. SO ORDERED.

Barbara Moses
United States Magistrate Judge
October 14, 2022