UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE CO.,

                Plaintiff,

v.

FEDERAL INSURANCE CO. and ROSH MANAGEMENT LLC,

                Defendants.

**ORDER**

22 Civ. 2840 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The referral to the magistrate judge for a settlement conference is terminated and the settlement conference scheduled for November 9, 2022 is adjourned _sine die_. The Court will hold a conference in this case on **November 10, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 27, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge