UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE CO.,

                Plaintiff,

    v.

FEDERAL INSURANCE CO. and ROSH MANAGEMENT LLC,

                Defendants.

**DEFAULT JUDGMENT**

22 Civ. 2840 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This cause is before the Court upon an order to show cause for a default judgment against the Defendant, Rosh Management LLC (the "Defaulting Defendant").

        Plaintiff Wesco Insurance Company, having commenced this action by the filing of a Complaint on April 6, 2022 (Dkt. No. 1), and an Amended Complaint having been filed on September 26, 2022 (Dkt. No. 24), and a copy of the Summons and Amended Complaint having been served upon the Defaulting Defendant on September 28, 2022 (Dkt. No. 34), and an order to show cause having been served upon the Defaulting Defendant on November 25, 2022 (Dkt. No. 54), and the Defaulting Defendant having failed to appear, plead, or otherwise defend the above-entitled action, and the time for answering the Amended Complaint having expired, and the Defaulting Defendant not having appeared at the November 30, 2022 show cause hearing, it is hereby

      ORDERED, ADJUDGED and DECREED that default judgment be entered against the Defaulting Defendant, Rosh Management LLC, pursuant to Federal Rule of Civil Procedure 55(b).

Dated: New York, New York
       December 1, 2022                       SO ORDERED.

                                                          _____
                                                          Paul G. Gardephe
                                                          United States District Judge