UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE CO.,

                  Plaintiff,

      v.

FEDERAL INSURANCE CO. and ROSH MANAGEMENT LLC,

                  Defendants.

**ORDER**

22 Civ. 2840 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This case has been referred to the assigned magistrate judge for general pretrial supervision. Accordingly, the January 26, 2023 conference is adjourned sine die.

Dated: New York, New York
       January 23, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge